## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06CV01151 |
| ) | |
| INCO LIMITED, ) | Judge: Rosemary M. Collyer |
| ) | |
| and ) | |
| ) | |
| FALCONBRIDGE LIMITED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## INCO LIMITED'S DESCRIPTION OF WRITTEN
## OR ORAL COMMUNICATIONS CONCERNING
## THE PROPOSED FINAL JUDGMENT PURSUANT
## TO 15 U.S.C. § 16(g)

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g),

Defendant Inco Limited ("Inco"), by its attorneys, respectfully submits the following description

and certification of all written or oral communications by or on behalf of Inco with any officer or

employee of the United States concerning or relevant to the proposed Final Judgment filed in this

action on June 23, 2006.  In accordance with Section 2(g), the description excludes any

communications "made by counsel of record alone with the Attorney General or the employees

of the Department of Justice alone."

(1)     On May 8, 2006, Inco met with Assistant Attorney General Thomas O. Barnett

and other Department of Justice officials to discuss the Proposed Final Judgment.  Brent Rochon

- 2 -

(Assistant Vice President of Marketing for Inco) and George Rainville (Associate Principal, Charles River Associates, Inc.) also attended the meeting. Inco and Falconbridge also submitted written materials at that meeting.

(2)    On June 1, 2006, Inco and Falconbridge met with Deputy Assistant Attorney General David Meyer and other Department of Justice officials regarding the divestiture of the Nikkelverk Refinery and related marketing assets to LionOre Mining International Ltd. ("LionOre"). Stuart F. Feiner attended the meeting on behalf of Inco. LionOre representatives also attended that meeting and submitted written materials.

Inco certifies that the requirements of Section 2(g) have been complied with and that this description of communications by or on behalf of Inco and required to be reported under Section 2(g) is true and complete.

Respectfully submitted,

Counsel:                                     ___/s/_ John M. Taladay_____
                                             John M. Taladay (DC Bar No. 426781)
                                             Howrey LLP
                                             1299 Pennsylvania Ave., N.W.
                                             Washington, DC  20004
                                             (202) 383-6564

                                             Attorney for Inco Limited

Dated: July 10, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NUMBER   1:06CV01151 |
| | ) | |
| INCO LIMITED, | ) | JUDGE:  Rosemary M. Collyer |
| | ) | |
| and | ) | |
| | ) | |
| FALCONBRIDGE LIMITED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**FALCONBRIDGE LIMITED'S DESCRIPTION AND**
**CERTIFICATION OF WRITTEN OR ORAL COMMUNICATIONS**
**CONCERNING THE PROPOSED FINAL JUDGMENT IN THIS ACTION**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), Defendant Falconbridge Limited, by its attorneys, submits the following description and certification of all written or oral communications by or on behalf of Defendant Falconbridge Limited with any officer or employee of the United States concerning or relevant to the proposed Final Judgment filed in this action on June 23, 2006.  In accordance with Section 2(g), the description excludes any communications "made by counsel of record alone with the Attorney General or the employees of the Department of Justice alone."

I.    Description

Meeting with the Assistant Attorney General Thomas O. Barnett and Department of Justice employees regarding proposed Final Judgment on May 8, 2006 with Jeffery A. Snow and David Rae in attendance.  Inco and Falconbridge submitted written materials at that meeting.

Meeting with Deputy Assistant Attorney General David Meyer and Department of Justice employees regarding proposed divestiture on June 1, 2006 with Jeffery A. Snow in attendance.  LionOre submitted written materials at that meeting.

Interview by Department of Justice employees of Ed Henriksen regarding the proposed divestiture on June 2, 2006.

Telephone interview by Department of Justice employees of Ed Henriksen regarding the proposed divestiture on June 13, 2006.

II.     Certification

Defendant certifies that the requirements of Section 2(g) have been complied with, and that the description above of communications by or on behalf of Defendant, known to Defendant or which Defendant reasonably should have known, and required to be reported under Section 2(g) is true and complete.

Dated: July 10, 2006


Respectfully submitted,                    /s/  John M. Taladay_____
                                           John M. Taladay (DC Bar No. 426781)
                                           Howrey LLP
                                           1299 Pennsylvania Ave., N.W.
                                           Washington, D.C.  20004
                                           (202) 783-0800

                                           Attorney for Inco Limited and on behalf of
                                           Falconbridge Limited for the limited purpose
                                           of this disclosure

- 5 -

David C. Gustman
Jeffery M. Cross
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
(312) 360-6000

Attorneys for Falconbridge Limited

- 6 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July 2006, I caused a true and correct copy of

Inco Limited's Description of Written or Oral Communications Concerning the Proposed Final

Judgment to be served by Regular and Electronic mail upon the following:

Karen Phillips-Savoy, Esq.
United States Department of Justice
Litigation II Section
1401 H Street, N.W., Suite 3000
Washington, DC  20530

_____/s/John M. Taladay_____
John M. Taladay, Esq.