UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case Number: 1:06CV01151 |
| Plaintiff, ) | |
| ) | Jude: Rosemary M. Collyer |
| -vs- ) | |
| INCO LIMITED and ) | |
| FALCONBRIDGE LIMITED, ) | DATE STAMP: |
| Defendants. ) | |

**UNOPPOSED MOTION BY DEFENDANTS TO
VACATE HOLD SEPARATE STIPULATION AND ORDER**

Defendants, Inco Limited and Falconbridge Limited, by their counsel, hereby move to vacate the Hold Separate Stipulation and Order entered by this Court in the captioned matter on June 28, 2006.

In support of this joint motion, the parties state:

1. On June 23, 2006, Plaintiff, United States of America, filed a complaint (Docket Entry #1) against Defendants Inco Limited and Falconbridge Limited alleging a violation of Section 7 of the Clayton Act pertaining to a proposed merger between Inco and Falconbridge.

2. In conjunction with the complaint, the parties filed a stipulated Hold Separate Stipulation and Order. (Docket Entry #4)

3. This Court signed the Hold Separate Stipulation and Order on June 28, 2006 and it was entered on the docket on June 29, 2006. (Docket Entry #6)

4.     However, because of a tender offer for Falconbridge shares by a third company, Xstrata plc, the majority of the shares of Falconbridge are now owned by Xstrata and Falconbridge is controlled by Xstrata.  Inco has formally abandoned its efforts to acquire Falconbridge and withdrawn its Hart-Scott-Rodino Pre-Merger Notification filing.

5.     In light of the foregoing acquisition of Falconbridge by Xstrata, there is no possibility that the acquisition addressed in the complaint will take place.  Consequently, on September 18, 2006, the United States filed Plaintiff's Notice of Dismissal of Complaint (Docket Entry #8).

6.     Although arguably not necessary in light of the above facts, as well as language in the Hold Separate Stipulation and Order, the Defendants respectfully submit that, for good order's sake, this Court should vacate its order of June 28, 2006.

7.     Counsel for the Plaintiff, Mr. Robert Wilder, has represented that the United States will not oppose this motion.

WHEREFORE, for the foregoing reasons, the parties jointly request this Court to vacate its Hold Separate Stipulation and Order entered June 28, 2006.

Dated:  September 22, 2006

Respectfully submitted,

FOR DEFENDANT INCO LIMITED

_____/s/_____
John M. Taladay, Esquire
DC Bar #426781
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
Telephone No.: 202-383-6564

        FOR DEFENDANT FALCONBRIDGE
        LIMITED

        _____/s/_____
        David C. Gustman, Esquire
        Jeffery M. Cross, Esquire
        Freeborn & Peters LLP
        311 S. Wacker Drive – Suite 300
        Chicago, IL 60606-6677
        Telephone No.: 312-360-6515

## **ORDER**

IT IS SO ORDERED by the Court, this ____ day of _____, 2006.

        _____
        United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to Vacate Hold Separate Stipulation and Order has been served upon counsel identified below, in the manner indicated, on this 22nd day of September, 2006:

**Via Hand-Delivery:**

Robert W. Wilder
U.S. Department of Justice
Antitrust Division
1401 H. Street, N.W., Suite 300
Washington, DC 20530

**Via U.S. Mail:**

David C. Gustman
Freeborn & Peters LLP
311 S. Wacker Drive – Suite 3000
Chicago, IL 60606

/s/
John M. Taladay
Counsel for Inco Limited

1194322/10510-0012